[No. 8318–3–II.   Division Two.   September 30, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
C. R. MEIKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 84–1–00192–3, James I. Maddock, J., entered
November 30, 1984. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.